**KAREN STOLZBERG**, OSB #83092
kstolzberg@juno.com
11830 SW Kerr Parkway, #315
Lake Oswego, Oregon 97035
Telephone: (503) 251-0707
Fax: (503 251-0708
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

CHARNEL L. JEROME for
A.E.J., a minor,

             Plaintiff,

             v.

COMMISSIONER,
SOCIAL SECURITY
ADMINISTRATION,

             Defendant.

Case No: 3:12-cv-787-SU

ORDER RE ATTORNEY FEES
PURSUANT TO THE EQUAL
ACCESS TO JUSTICE ACT, 28
U.S.C. § 2412 et. seq.

Based upon a review of the file herein, and noting the stipulation of the parties, it is

hereby ORDERED that the plaintiff, Charnel L. Jerome for A.E.J, a minor, on behalf of his

attorney, Karen Stolzberg, is hereby entitled to an award of fees under the EQUAL

ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412 et. seq., in the amount of $7850.00.

ORDER RE: EAJA FEES
PAGE 1

If it is determined that plaintiff's EAJA fees are not subject to any offset allowed

under the Department of the Treasury's Offset Program, then the check for EAJA fees

shall be made payable to Karen Stolzberg, and mailed to her office at:

11830 SW Kerr Parkway, #315; Lake Oswego, OR 97035.

DATED _6/19/13_

_Malcolm F Marsh_
UNITED STATES DISTRICT
JUDGE/MAGISTRATE


Presented by:
KAREN STOLZBERG
Attorney for Plaintiff


ORDER RE: EAJA FEES
PAGE 2